1  **VENABLE LLP**
2  Sarah S. Brooks (SBN 266292)
   *ssbrooks@venable.com*
3  2049 Century Park East, Suite 2300
4  Los Angeles, California 90067
   Telephone: (310) 229-9900
5  Facsimile:  (310) 229-9901
6
7  Attorneys for Plaintiff Canon Inc.

8  # UNITED STATES DISTRICT COURT
9  # FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON INC., a Japanese corporation, | Case No. 2:21-CV-02074-JVS-PVC |
| Plaintiff, | Honorable James V. Selna |
| v. | Courtroom 10C |
| MITOCOLOR INC., a California corporation, | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MITOCOLOR** |
| Defendant. | |

52432845                                    REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF THE COURT:**

Plaintiff Canon Inc. ("Canon") by and through its attorneys, hereby requests that the Clerk of Court enter default in the above-captioned matter against Defendant MITOCOLOR INC. ("Mitocolor") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise defend the action.

Canon filed the Complaint against Mitocolor on March 8, 2021. (*See* Dkt. No. 1). On April 12, 2021, Canon filed an *Ex Parte* Application for an order authorizing service of process on Mitocolor through the California Secretary of State. (*See* Dkt. No. 12). On April 13, 2021, this Court granted Canon's request to serve Mitocolor through the California Secretary of State. (*See* Dkt. No. 13). That same day, Canon served Mitocolor through the California Secretary of State, and thereafter filed the proof of service. (*See* Dkt. No. 14). Mitocolor's responsive pleading was due on May 14, 2021 (*see* Fed. R. Civ. P. 12(a)(1)(A)(i) (answer due 21 days after service); Cal. Corp. Code § 1702(a) (service deemed complete 10 days after delivery to Secretary of State)), but Mitocolor has failed to file an answer or otherwise respond to the Complaint.

DATED: May 27, 2021　　　　　　　　VENABLE LLP

By:　　*/s/ Sarah S. Brooks*
　　　　　Sarah S. Brooks

Attorneys for Plaintiff Canon Inc.