VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Andrew J. Kutas (*Pro Hac Vice*)
akutas@venable.com
1290 Avenue of the Americas, 20th Floor
New York, New York 10104
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiff Canon Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CANON INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITOCOLOR INC., a California corporation<br><br>Defendant. | Case No. 2:21-CV-02074-JVS-PVC<br><br>**DECLARATION OF SARAH S. BROOKS IN SUPPORT OF CANON'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date:        September 13, 2021<br>Time:       10:00 a.m.<br>Courtroom: 10C<br>Judge:      Hon. James V. Selna |

I, Sarah S. Brooks, declare as follows:

1. I am an attorney at Venable LLP and represent Plaintiff Canon Inc. ("Canon") in this matter.

2. I submit this declaration pursuant to Local Rule 55-1 and in support of Canon's motion for entry of default judgment and issuance of a permanent injunction against Defendant MITOCOLOR INC. ("Mitocolor").

3. Canon filed its complaint against Mitocolor on March 8, 2021. (Dkt. No. 1).

4. A summons and copy of the complaint were served on Mitocolor on April 13, 2021, following the Court's April 13, 2021 order authorizing Canon to serve Mitocolor through the California Secretary of State. (Dkt. Nos. 13, 14).

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) and Cal. Corp. Code § 1702(a), Mitocolor's responsive pleading to Canon's complaint was due on May 14, 2021.

6. Mitocolor never filed an answer or otherwise respond to Canon's complaint.

7. Canon filed a request for entry of default against Mitocolor on May 27, 2021. (Dkt. No. 15).

8. The Clerk of Court entered default against Mitocolor on May 28, 2021, based on Mitocolor's failure to answer or otherwise respond to Canon's complaint. (Dkt. No. 16).

9. Mitocolor is not an infant or incompetent person.

10. Mitocolor is not in military service, and the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

11. Mitocolor has not appeared in this action either personally or by a representative, and thus service of the notice of motion and related papers is not required by Fed. R. Civ. P 55(b)(2). Nevertheless, Canon is serving courtesy copies

of the notice of motion and related papers on Mitocolor's current designated agent for service of process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 30, 2021

VENABLE LLP

/s/   Sarah S. Brooks
Sarah S. Brooks
Andrew J. Kutas (*Pro Hac Vice*)

*Attorneys for Plaintiff Canon Inc.*