1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CANON INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITOCOLOR INC., a California corporation<br><br>Defendant. | Case No. 2:21-CV-02074-JVS-PVC<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date:       September 13, 2021<br>Time:       10:00 a.m.<br>Courtroom: 10C<br>Judge:      Hon. James V. Selna |

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    Upon consideration of Plaintiff Canon Inc.'s ("Canon") motion for entry of

2 default judgment and issuance of a permanent injunction, any opposition thereto,

3 and the entire record in this matter, and pursuant to Federal Rule of Civil

4 Procedure 55(b)(2) and 35 U.S.C. § 283, it is hereby:

5    ORDERED that Canon's motion is GRANTED;

6    ORDERED that default judgment is entered in favor of Canon and against

7 Defendant MITOCOLOR INC. ("Mitocolor"); and

8    ORDERED that, effective as of the date this default judgment and

9 permanent injunction is entered by the Court and continuing until the expiration of

10 the last to expire of U U.S. Patent Nos. 8,565,649 (the "'649 patent"); 9,354,551

11 (the "'551 patent"); 9,753,402 (the "'402 patent"); 10,209,667 (the "'667 patent");

12 10,289,060 (the "'060 patent"); 10,289,061 (the "'061 patent"); 10,295,957 (the

13 "'957 patent"); 10,488,814 (the "'814 patent"); 10,496,032 (the "'032 patent");

14 10,496,033 (the "'033 patent"); 10,514,654 (the "'654 patent"); 10,520,881 (the

15 "'881 patent"); and 10,520,882 (the "'882 patent"), Mitocolor and its subsidiaries,

16 affiliates, officers, directors, agents, servants, employees, successors, and assigns,

17 and all other persons and organizations in active concert or participation with it, be

18 permanently enjoined and restrained from engaging in any of the following

19 activities:

20    (a)    making, using, selling, or offering for sale in the United States, or

21 importing into the United States, (i) any of the accused toner supply containers

22 identified in the complaint in this action (*i.e.*, toner supply containers bearing the

23 designations 08-08.9-ITCANON3325K1, 08-08.9-ITCANON3325C1, 08-08.9-

24 ITCANON3325M1, and 08-08.9-ITCANON3325Y1), (ii) any other toner supply

25 container that has a pump as depicted in attached Appendix A and falls within the

26 scope of at least one claim of at least one of the '649, '551, and '402 patents,

27 (iii) any other toner supply container that has a track as depicted in attached

28 Appendix B and falls within the scope of at least one claim of at least one of the

1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

'667, '060, '061, '957, '814, '032, '033, '654, '881, and '882 patents, and (iv) any other toner supply container that is not more than colorably different from (i), (ii), or (iii) and falls within the scope of at least one claim of at least one of the '649, '551, '402, '667, '060, '061, '957, '814, '032, '033, '654, '881, and '882 patents;

(b)     otherwise directly infringing, contributorily infringing, or inducing infringement of any of the claims of the '649, '551, '402, '667, '060, '061, '957, '814, '032, '033, '654, '881, or '882 patents with respect to (i) any of the accused toner supply containers identified in the complaint in this action (*i.e.*, toner supply containers bearing the designations 08-08.9-ITCANON3325K1, 08-08.9-ITCANON3325C1, 08-08.9-ITCANON3325M1, and 08-08.9-ITCANON3325Y1), (ii) any other toner supply container that has a pump as depicted in attached Appendix A and falls within the scope of at least one claim of at least one of the '649, '551, and '402 patents, (iii) any other toner supply container that has a track as depicted in attached Appendix B and falls within the scope of at least one claim of at least one of the '667, '060, '061, '957, '814, '032, '033, '654, '881, and '882 patents, and (iv) any other toner supply container that is not more than colorably different from (i), (ii), or (iii) and falls within the scope of at least one claim of at least one of the '649, '551, '402, '667, '060, '061, '957, '814, '032, '033, '654, '881, and '882 patents; and

(c)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.


SO ORDERED:


Dated: _____                    _____
                                                   Honorable James V. Selna
                                                   United States District Court Judge

2

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX A**



*Pump Expanded*



*Pump Compressed*

A-1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**APPENDIX B**



*Track on One Side of Toner Supply Container*



*Track on Opposite Side of Toner Supply Container*

B-1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900



*Track Viewed from Side of Toner Supply Container*

B-2

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION